BEACHBOARD v. RAILWAY CO.

No. 137 PC.

Case below: 16 N.C. App. 671.

Petition for writ of certiorari to North Carolina Court of of Appeals denied 6 March 1973.

BORDEN, INC. v. BROWER

No. 7 PC.

Case below: 17 N.C. App. 249.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 6 March 1973.

McARVER v. POUND & MOORE, INC.

No. 141 PC.

Case below: 17 N.C. App. 87.

Petition for writ of certiorari to North Carolina Court of of Appeals denied 6 March 1973.

STATE v. ALL

No. 14 PC.

Case below: 17 N.C. App. 284.

Petition for writ of certiorari to North Carolina Court of of Appeals denied 6 March 1973.

STATE v. BARNWELL

No. 11 PC.

Case below: 17 N.C. App. 299.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 March 1973.